UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SAMANTHA REEDY, on behalf of her infant son, TYRELL REEDY,

          Plaintiff,

-v-

THE CITY OF NEW YORK, POLICE COMMISSIONER RAYMOND KELLY, DEPUTY INSPECTOR JEFFREY MADDREY, POLICE OFFICERS JOHN DOE # 1-11,

          Defendants.

No. 07 Civ. 10658 (RJS)

ORDER





RICHARD J. SULLIVAN, District Judge:

In reviewing the Complaint filed in this matter, the Court notes that plaintiff Samantha Reedy, on behalf of her infant son, Tyrell Reedy, asserts that she and her son are residents of Kings County, New York, and that the various named and unnamed individual defendants are police officers of the defendant City of New York assigned to the 73rd Police Precinct, located in Brooklyn, New York. The complaint indicates that the events giving rise to the underlying action occurred in connection with alleged injuries plaintiff suffered as a result of an alleged arrest and assault by defendants in and around the 73rd Precinct. It therefore appears that all or most of the material events, documents, persons, and potential witnesses related to this action are located in the Eastern District of New York.

Accordingly, all parties currently appearing in this action are ORDERED to submit a letter not to exceed three pages in length indicating whether they oppose transfer of this

action to the Eastern District of New York and, if so, the basis of their opposition, due no later than December 15, 2007. Failure to submit a letter in accordance with this order will be deemed consent to the transfer.

SO ORDERED.

Dated:   December 6, 2007
         New York, New York

                                              RICHARD J. SULLIVAN
                                              UNITED STATES DISTRICT JUDGE