AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN                   DISTRICT OF                    NEW YORK

## APPEARANCE

Case Number: 07-10658

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

THE CITY OF NEW YORK and POLICE COMMISSIONER RAYMOND KELLY

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/18/2007 | |
| Date | Signature |

| | |
|---|---|
| Suzette Corinne Rivera | SR4272 |
| Print Name | Bar Number |

| 100 Church Street | | |
|---|---|---|
| Address | | |

| New York | NY | 10007 |
|---|---|---|
| City | State | Zip Code |

| (212) 788-9567 | (212) 788-9776 |
|---|---|
| Phone Number | Fax Number |